1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOLCAN GROUP, INC., d/b/a NETLOGIX, a California corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>T-MOBILE USA, INC., a Delaware corporation, as successor by merger to OMNIPOINT COMMUNICATIONS, INC.,<br><br>        Defendant. | NO. C10-711 RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE FROM JUNE 13 TO NOVEMBER 7, 2011** |

Having shown good cause for their request, the Court hereby GRANTS the parties'
stipulated motion and continues the trial date from June 13, 2011 to November 7, 2011.

The Court also hereby sets the following new pre-trial schedule:

| | Former Date | Amended Date |
|---|---|---|
| TRIAL DATE | June 13, 2011 | November 7, 2011 |
| Reports from expert witnesses under FRCP 26(a)(2) due | December 15, 2010 | April 26, 2011 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR7(d)) | January 14, 2011 | May 27, 2011 |
| Discovery completed by | February 14, 2011 | June 27, 2011 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE
FROM JUNE 13 TO NOVEMBER 7, 2011 - 1
(C10-711 RSM)
2965337.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

|  | Former Date | Amended Date |
|---|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | March 15, 2011 | July 25, 2011 |
| Mediation per CR 39.1(c)(3) held no later than | April 29, 2011 | September 8, 2011 |
| All motions in limine must be filed by and noted on the motion calendar for the third Friday thereafter pursuant to CR 7(d) | May 16, 2011 | September 26, 2011 |
| Agreed pretrial order due | June 1, 2011 | October 12, 2011 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | June 8, 2011 | October 19, 2011 |
| Length of Jury Trial: | 12 days | |

DATED this 30 day of November, 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/ Dana A. Ferestien
Dana A. Ferestien, WSBA #26460
Randy J. Aliment, WSBA #11440
Attorneys for Plaintiff Volcan Group, Inc.
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: 206-628-6600
Fax:           206-628-6611
E-mail:       dferestien@wkg.com
                   raliment@williamskastner.com

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE
FROM JUNE 13 TO NOVEMBER 7, 2011 - 2
(C10-711 RSM)
2965337.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1   s/ James C. Grant
    _____
    James C. Grant, WSBA #14358
2   Cassandra L. Kennan, WSBA #22845
    Attorneys for Defendant T-Mobile USA, Inc.
3   Davis Wright Tremaine LLP
    1201 Third Avenue, Suite 2200
4   Seattle, WA  98101-3045
    Telephone:   206-622-3150
5   Fax:          206-757-7700
    E-mail:       jamesgrant@dwt.com
6                 cassandrakennan@dwt.com

7
    s/William C. Getty
    _____
8   William C. Getty, *Pro Hac Vice*
    Attorneys for Plaintiff Volcan Group, Inc.
9   d/b/a NetLogix
    Wilson Getty, LLP
10  12555 High Bluff Drive, Suite 270
    San Diego, CA  92130
11  Telephone:   (858) 847-3237
    Fax:          (858) 847-3365
12  Email:        bgetty@wilsongetty.com

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE
FROM JUNE 13 TO NOVEMBER 7, 2011 - 3
(C10-711 RSM)
2965337.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600